IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:07-CR-257-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| DAVID JAVON MCDONALD, ) | |
| ) | |
| Defendant. ) | |

For the reasons stated in the government's response [D.E. 36], the court DISMISSES WITHOUT PREJUDICE defendant's motion to amend/correct [D.E. 32]. If defendant wishes to file a motion under 28 U.S.C. § 2255, he must file it on the proper form.

SO ORDERED. This ⸱1⸱ day of May, 2023.

JAMES C. DEVER III
United States District Judge